827 A.2d 1026

IN THE MATTER OF RICHARD H. KRESS, AN ATTORNEY
AT LAW (ATTORNEY NO. 001461979)

July 11, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–365, concluding that **RICHARD H. KRESS** of **CLARK,** who was admitted to the bar of this State in 1979, should be suspended from the practice of law for a period of one year for violating *RPC* 1.7(a)(conflict of interest), *RPC* 4.1(truthfulness in statements to others), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation) and *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **RICHARD H. KRESS** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective August 11, 2003; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.